# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Alexander HELMS,

Defendant.

Case No.: '25 MJ1950

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Firearm (Felony)

The undersigned complainant being duly sworn states:

COUNT 1

On or about April 7, 2025 within the Southern District of California, defendant ALEXANDER HELMS, knowing he had previously been convicted in a court, that is, the San Diego, California, Superior Court, of a crime punishable by imprisonment for a term exceeding one year, to wit: prohibited possession of a firearm, in violation of California Penal Code, Section 29800(A)(1), did knowingly and unlawfully possess a firearm that traveled in and affecting interstate commerce, to wit: an I.O. Inc. "Sporter," 7.62 x 39mm AK-47 style rifle, bearing serial number F040886; in violation of Title 18, United States Code, Sections 922(g)(1).

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

N.S. #9877

Nicholas Sisto
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 20th day of April 2025.

Hon. Michelle M. Pettit
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

The facts in this probable cause section come from my personal observations and information obtained from other law enforcement officers and witnesses. This probable cause statement is intended to show merely that there is sufficient probable cause for the above complaint and does not set forth all law enforcement knowledge about this matter. Any dates refer to the current calendar year and any times refer to Pacific Standard Time ("PST") unless specified otherwise.

***Initial San Diego Police Radio Call on March 28, 2025***

On March 28, 2025, officers with the San Diego Police Department ("SDPD") received a call from a reporting party in which the caller claimed four of their friends had entered 6232 Lake Athabaska Place, in San Diego, to purchase marijuana. The reporting party claimed they had waited outside the residence at which time they heard multiple gunshots inside the residence. The four friends did not exit the residence and their phones were going straight to voicemail. The reporting party described the male living at the residence as a white male adult, possibly nicknamed "Sasha," had long black hair, and was 28 years old, 5'11", and thin.

Responding officers arrived at the location and were unable to contact the reporting party. Units saw an older female outside of the residence throwing the trash out and she approached the officers. The female was later identified as J.H. Officers spoke to J.H., who claimed that she had not heard any gunshots. J.H. also stated her son, later identified as Alexander Anthony HELMS, and his girlfriend, later identified as H.M.G. were inside the residence. J.H. told officers HELMS had previously been in jail for possession of firearms. J.H. also told officers they had a "BB gun" inside the residence and marijuana.

Officers contacted HELMS and H.M.G. at the front door of the residence, after which officers conducted a welfare check inside the residence and did not find anyone hurt. While conducting the welfare check, officers saw in plain view loaded syringes, loose

pills, a plastic container with a multitude of pills, foil paper, and baggies. There were also several large containers with what appeared to be psylocibin mushrooms inside. There was also what appeared to be a high-capacity magazine inside the residence. After conducting the welfare check, officers took photographs of the various controlled substances and paraphernalia and left the location.

***Follow-up by San Diego Police, Narcotics Section***

On April 7, 2025, the SDPD Narcotics Section was notified of the above discovery by patrol officers present at the residence on March 28. Based on the above-mentioned information, an SDPD detective obtained a search warrant (#2504071448-SDPD-OR-USW) signed by the Hon. Judge Jay Bloom, San Diego Superior Court, which allowed law enforcement to search and seize evidence from 6232 Lake Athabaska Place, San Diego, located within the Southern District of California, and any vehicle associated with this address.

During the search of the residence, law enforcement located numerous firearms in the residence including an I.O. Inc. “Sporter,” 7.62 x 39mm AK-47 style rifle, bearing serial number F040886 hidden in the garage. Law enforcement also located approximately 2,157 rounds of various ammunition, approximately 35 firearm magazaines of varying capacity, and various types and amounts of suspected controlled substances including Heroin, Ketamine, 3,4-Methylenedioxymethamphetamine (“MDMA”), Adderall, Psilocybin Mushrooms, Marijuana concentrates, and Butane Hash Oil (BHO).

On April 16, 2025, I used databases available to law enforcement to review HELMS’ criminal history. During my review I located numerous criminal arrests and convictions including a conviction on August 3, 2021, from the San Diego California Superior Court, of a crime punishable by imprisonment for a term exceeding one year, that is, prohibited possession of a firearm, in violation of California Penal Code, Section 29800(A)(1).

I am aware, after consultation with agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), that the I.O. Inc. “Sporter,” 7.62 x 39mm AK-47 style rifle was manufactured outside of the state of California. By virtue of its presence in California, the firearm traveled in and affected interstate commerce.

Following his arrest HELMS made a post-Miranda statement. Some statements were inconsistent. Below is a synopsis of some of the statements made.

When asked why he had so many guns, HELMS claimed to be a gun enthusiast. HELMS acknowledged the difficulty in acquiring firearms as a felon, but he said he purchased them when the opportunity presented itself. When asked about H.M.G.’s involvement, HELMS said she did not ask questions regarding what he did, and she respected his boundaries.

HELMS was arrested for various violation of the California Penal Code and California Health and Safety Code and was booked into San Diego County Jail.